**Calvin D. McCORMACK, Respondent,**

v.

**DIRECTOR OF REVENUE STATE OF MISSOURI, Appellant.**

**No. WD 54421.**

Missouri Court of Appeals, Western District.

April 28, 1998.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, for appellant.

Byron G. Stewart, Independence, for respondent.

Before HANNA, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

### *ORDER*

PER CURIAM.

The Director of Revenue appeals from the trial court's judgment setting aside the Director's ten-year revocation of Calvin McCormack's driver's license for driving while intoxicated (DWI). Finding no precedential value to our decision, we affirm by this summary order but have provided the parties with a memorandum setting out the reasons for our decision. Rule 84.16(b).

**William DICKERSON, Movant,**

v.

**STATE of Missouri, Respondent.**

**No. 72793.**

Missouri Court of Appeals, Eastern District, Division Four.

April 28, 1998.

Nancy L. Vincent, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Angel M. Woodruff, Asst. Atty. Gen., Jefferson City, for respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

### ORDER

PER CURIAM.

William Dickerson, Movant, appeals the denial of his Rule 24.035 motion for postconviction relief on the grounds that the motion court erred in denying his request for an evidentiary hearing.

We have reviewed the briefs of the parties, the legal file and the record on appeal and find the claims of error to be without merit. The motion court's findings of fact and conclusions of law are not clearly erroneous. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential or jurisprudential value. Judgment affirmed in accordance with Rule 84.16(b).